UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14065-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY MARK ROGERS,

    Defendant.

_____/

FILED by _____ D.C.
NOV 21 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON FINAL EVIDENTIARY HEARING

**THIS CAUSE** having come before the Court for a final hearing on November 21, 2018 with respect to the Petition for Warrant for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

1.    Defendant appeared before this Court on November 21, 2018 for a final hearing on the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 25, 2018, in St. Lucie County, Florida, the defendant committed the offense of Evidence destroying, tampering with, or fabricating physical evidence, contrary to Florida Statute 918.13. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 25, 2018, in St. Lucie County, Florida, the defendant committed the offense of Possession of 20 grams or less of marijuana, contrary to Florida Statute 893.13(6)(B). |
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 25, 2018, in St. Lucie County, Florida, the defendant committed the offense of Operating a motor vehicle without a license, contrary to Florida Statute 322.03(1). |

2. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1, 2 and 3 as set forth in the Petition. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights and further understood that if this Court accepts his admissions all that will remain as to Violation Numbers 1, 2 and 3 will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The Government provided a factual proffer for Defendant's admissions. According to the Government, on July 25, 2018, a St. Lucie County Sheriff's Office deputy noticed a jeep traveling on Port St. Lucie Boulevard without any exterior lights illuminated. The deputy initiated a traffic stop of the vehicle and approached the driver's side window. The driver, later identified as the Defendant, was reluctant to roll down the window. The deputy observed the Defendant chewing a green leafy substance consistent with marijuana. The deputy opened the driver's side door. The Defendant continued to chew and swallowed the green leafy substance, which also could be seen on the Defendant's shirt and pants. Another deputy arrived on the scene and inventoried the vehicle. Plastic wrap containing a green leafy substance was located beside the driver seat and on the floorboard. The substance field tested positive for marijuana and weighed .4 grams. A record check revealed that Defendant did not have a valid driver's license.

4. The Government further proffered that on October 30, 2018 Defendant pleaded no contest in the Nineteenth Judicial Circuit in and for the State of Florida to destroying evidence in violation of Florida Statute 918.13, possession of 20 grams or less of marijuana in violation of Florida Statute 893.13(6)(B) and operating a motor vehicle without a license in violation of

Florida Statute 322.03(1). Defendant was sentenced to and served 98 days in jail. Defendant agreed that the Government's proffer was true and correct, and that the Government could prove these facts against him were a hearing to be held in this matter. The Court has considered the Government's proffer, and finds that it sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 1, 2 and 3.

5. The possible maximum penalties faced by Defendant were read into the record by the Government, and Defendant stated that he understood those penalties.

**ACCORDINGLY,** based upon the Defendant's admission to Violation Numbers 1, 2 and 3 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 1, 2 and 3 and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter. The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 21st day of November, 2018.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3