UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14065-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANTHONY MARK ROGERS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON FINAL EVIDENTIARY HEARING

**THIS CAUSE** came before the Court upon a Report and Recommendation for a final hearing on a violation of supervised release.

**THE MATTER** was heard by United States Magistrate Judge Shaniek M. Maynard, on November 21, 2018. A Report and Recommendation was filed on November 21, 2018, [ECF No. 212], recommending that this Court find the Defendant guilty of Violation Numbers 1, 2, 3, as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file written objections to the Report and Recommendation within fourteen days from the date of this report and the record reveals that none were filed and noted by the Court. After a *de novo* review of the record and Magistrate Maynard's Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 212] on Defendant's final evidentiary hearing on a Petition alleging Violation of Supervised Release of the United States Magistrate Judge Shaniek M. Maynard, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1, 2, 3, as set forth

in the Petition for Warrant for Offender Under Supervision. A sentencing hearing in this matter is set before United States District Judge Jose E. Martinez on **Monday, January 7, 2019** at 1:45 p.m., in Courtroom 4074, Ft. Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __13__ day of December, 2018.

```
_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE
```

Copied: Hon. Magistrate Maynard
All Counsel Of Record
U.S. Probation Office